IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J. H. STEVEDORING CO., ET AL : CIVIL ACTION
:
VS. : NO.   02-4040
:

FASIG-TIPON CO., INC., ET AL

### ORDER

AND NOW, this 10th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the Honorable J. Curtis Joyner.


FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court