:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J.H. STEVEDORING, CO., ET AL                   CIVIL ACTION
                                  :
              v.                  :
                                  :
FASIG-TIPTON COMPANY, INC., ET AL

                                                02-4040

### O R D E R

AND NOW, this 12TH day of SEPTEMBER, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **SEPTEMBER 23 2002** at 10:30AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                           or     BY THE COURT


BY:   ANGELA J. MICKIE            _____
         Deputy Clerk                    Judge

Civ 12 (9/83)