W:\FORMS\.FRM

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

J.H. STEVEDORING, CO., ET AL   :
                               :
        vs.                    :         CIVIL ACTION NO. 02-4040
                               :
FASIG-TIPTON COMPANY, INC., ET :
AL

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  1ST  day of  OCTOBER, 2002,  a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:  120 DAYS DISCOVERY

_____
Angela Mickie
Deputy Clerk to Judge Joyner

Civ 14 (8/80)